**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

James A. Scharf        james.scharf@usdoj.gov
Joann M. Swanson    joann.swanson@usdoj.gov

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Michael Cook
T-79529
High Desert State Prison
Post Office Box 3030
Susanville, CA 96127

**Dated: 5/11/09**                                                                 **Richard W. Wieking, Clerk**

                                                                                        **By:**_____
                                                                                                    **Chambers**

ORDER GRANTING DEFENDANT'S TO SET ASIDE DEFAULT AND MOTION TO DISMISS
C 09-0482 RS

4